**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Francisco Javier MADRIL–LEYVA,**
**Defendant–Appellant.**

**No. 13–10059.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 14, 2014.*

Filed Oct. 20, 2014.

Christina Marie Cabanillas, Assistant U.S., Office of the Us Attorney, Tucson, AZ, for Plaintiff–Appellee.

Ruben Teran, Law Offices of Ruben Teran–Sonoqui, Douglas, AZ, for Defendant–Appellant.

Francisco Javier Madril–Leyva, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, GOULD, and BERZON, Circuit Judges.

## MEMORANDUM ***

Francisco Javier Madril–Leyva appeals from the district court's judgment and challenges his guilty-plea conviction and 52–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Madril–Leyva's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Madril–Leyva the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.